1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney

5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5065
7    Fax: (408)-535-5066
     E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,           )   No. 10-00823-DLJ
                                       )   No. 10-00826-DLJ
15        Plaintiff,                   )
                                       )
16    v.                               )   STIPULATION AND []
                                       )   ORDER CONTINUING HEARING DATE
17 MANUEL VILLA,                       )
                                       )
18        Defendant.                   )
                                       )
19

20

21        The defendant MANUEL VILLA, represented by Arturo Hernandez-M, Esq., and the

22 government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully

23 request that the sentencing hearing currently scheduled for March 7, 2013, be continued to May

24 2, 2013.

25        No other defendants are affected by this request.

26 ////

27 ////

28 ////

STIPULATION AND ] ORDER
Case Nos. 10-CR-00823-DLJ and 10-CR-00826-DLJ

1  SO STIPULATED:

3  Dated: February 4, 2013                /S/
                                          Thomas A. Colthurst
4                                         Assistant United States Attorney

6
7  Dated: February 4, 2013                /S/
                                          Arturo Hernandez-M, Esq.
                                          Attorney for Defendant

9     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
10 hearing for *United States v. Manuel Villa*, scheduled for March 7, 2013, is continued to May 2,
11 2013, at 10:00 a.m.

14 DATED: _____              _____
                                        THE HONORABLE D. LOWELL JENSEN
15                                      United States District Judge

STIPULATION AND [
0-CR-00826-DLJ                          -2-